ORIGINAL

MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

E-filing

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile: 415.436.7234
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 11 - |
| Plaintiff, | |
| v. | NOTICE OF FORFEITURE ACTION |
| (1) REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 800, PLEASANTON, CALIFORNIA (APN 946-4547-297); (2) REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 700, PLEASANTON, CALIFORNIA (APN 946-4547-296); (3) 1087 MURRIETA BOULEVARD, #133, LIVERMORE, CALIFORNIA (APN 097-0085-132); (4) 2890 VICTORIA RIDGE COURT, PLEASANTON, CALIFORNIA (APN 946-4580-018); AND (5) 1371 GERMANO WAY, PLEASANTON, CALIFORNIA (APN 950-29-18), | |
| Defendants. | |

//

//

1   A civil complaint seeking forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 1956(c)(7),
2   1961(1), 28 U.S.C. § 2461(C), 18 U.S.C. § 984 and 18 U.S.C. § 981(a)(1)(A) was filed on
3   January 19, 2011, in the United States District Court for the Northern District of California by
4   the United States of America, plaintiff, against the *in rem* defendant real properties.
5       In order to contest forfeiture of the *in rem* defendant real properties, any person who
6   asserts an interest in or right against the properties, must file a verified statement identifying the
7   interest or right within 35 days after the date of service of the complaint in accordance with Rule
8   G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within
9   30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.
10  Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule
11  12 of the Federal Rules of Civil Procedure within 21 days after filing the claim.
12      An agent, bailee or attorney must state the authority to file a statement of interest or right
13  against the property on behalf of another.
14      Statements of interest and answers should be filed with the Office of the Clerk, United
15  States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor,
16  San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant
17  United States Attorney, 450 Golden Gate Avenue, 11th floor, San Francisco, California 94102.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: January 19, 2011

PATRICIA J. KENNEY
Assistant United States Attorney

Notice of Forfeiture Action
CV 11 -                                                 2