| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CSBN 150630)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th floor<br>San Francisco, CA 94102<br>Telephone: 415.436.6857 |
| 7 | Facsimile: 415.436.7234<br>Email: patricia.kenney@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CV 11-0258 EMC |
| v. | ) | CERTIFICATE OF SERVICE |
| (1) REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 800, PLEASANTON, CALIFORNIA (APN 946-4547-297);<br>(2) REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 700, PLEASANTON, CALIFORNIA (APN 946-4547-296);<br>(3) 1087 MURRIETA BOULEVARD, #133, LIVERMORE, CALIFORNIA (APN 097-0085-132);<br>(4) 2890 VICTORIA RIDGE COURT, PLEASANTON, CALIFORNIA (APN 946-4580-018); AND<br>(5) 1371 GERMANO WAY, PLEASANTON, CALIFORNIA (APN 950-29-18), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

//

//

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he caused a copy of

1. COMPLAINT FOR FORFEITURE;
2. NOTICE OF FORFEITURE ACTION;
3. NOTICE OF PENDENCY OF ACTION (LIS PENDENS);
4. STANDING ORDER FOR ALL JUDGES IN THE NORTHERN DISTRICT OF CALIFORNIA;
5. CASE MANAGEMENT CONFERENCE ORDER;
6. ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA;
7. ECF REGISTRATION INFORMATION SHEET;
8. FORMS TITLED "NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAG. JUDGE"; "CONSENT TO PROCEED BEFORE A U.S. MAG. JUDGE" and "DECLINATION TO PROCEED BEFORE A MAG. JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE";
9. PAMPHLET TITLED "CONSENTING TO A MAG. JUDGE'S JURISDICTION"; and
10. U.S. DISTRICT INFORMATION SHEET,

to be served this date via first class mail and certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Susan Xiao-Ping Su
405 Boulder Court, Suite 800
Pleasanton, CA 94566

Susan Xiao-Ping Su
405 Boulder Court, Suite 700
Pleasanton, CA 94566

Susan Xiao-Ping Su
1087 Murrieta Boulevard, #133
Livermore, CA 94550

Susan Su
2890 Victoria Ridge Court
Pleasanton, CA 94566

Susan Su
1371 Germano Way
Pleasanton, CA 94566

//

//

Certificate of Service Init. Doc's
No. 11-0258 EMC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  19  day of January, 2011, at San Francisco, California.

HECTOR LOPEZ
Legal Assistant/Asset Forfeiture Unit

Certificate of Service Init. Doc's
CV 11-0258 EMC                                    3