David Billingsley, State Bar No. 179068
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
Tel: (510) 785-8400
Fax: (510) 670-0955
david@btbandb.com

Attorneys for Susan Su

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(1) REAL PROPERTY LOCATED AT 405 Boulder Court, Suite 800, Pleasanton, California (APN 946-4547-297);<br>(2) REAL PROPERTY LOCATED AT 405 Boulder Court, Suite 700, Pleasanton, California (APN 946-4547-296);<br>(3) 1087 Murrieta Boulevard, #133, Livermore, California (APN 097-0085-132);<br>(4) 2890 Victoria Ridge Court, Pleasanton, California (APN 946-4580-018); AND<br>(5) 1371 Germano Way, Pleasanton, California (APN 950-29-18),<br><br>Defendants.<br>_____/ | Case No.:   11-CV-0258<br><br>ANSWER TO COMPLAINT FOR FORFEITURE<br><br>REQUEST FOR A JURY TRIAL |

COMES NOW Claimant, Susan Su, in response to the Complaint for Forfeiture on file herein, admits, denies, and alleges as follows:

  1. Answering paragraph 3-5 of the complaint, answering claimant admits this Court has jurisdiction and that venue in this district and division is proper.

  2. Answering paragraph 4 of the complaint, answering claimant admits that venue lies in the Northern District of California.

Answer to Complaint
SU, Susan                                    -1-

3. Answering paragraph 5 of the complaint, answering claimant admits that based upon the Alameda County location of the subject matter real property, assignment in San Francisco would be proper.

4. Answering paragraph 6 of the complaint, answering claimant admits without waiving any defense that the Plaintiff in this action is the United States of America.

5. Answering paragraph 7-11 of the complaint, answering claimant admits to the allegations regarding the identification of the real property. and that Claimant Susan Su is the owner of said real property.

6. Claimant is currently the subject of a criminal investigation, based upon the same acts and transactions which are the subject of the instant Complaint for Forfeiture. The matter has not yet been charged.

7. The knowledge that Claimant has concerning the facts underlying the Forfeiture complaint, and their admission or denial of any of the allegations of the Complainant, could be deemed a waiver of her Fifth Amendment Privilege and could be used against them in the present criminal matter. Claimants therefore assert in answer to the factual allegations in Paragraphs 17-53, and the Causes of Action in Paragraphs 54-65, her privilege against self-incrimination as guaranteed by the Fifth Amendment to the United States Constitution and request that such denial be deemed a specific denial of each and every allegation of the Complaint for Forfeiture. Claimant reserves the right to modify or supplement this Answer, with leave of Court as required, depending on further developments in the parallel criminal investigation and/or proceedings, or at a time Claimant chooses voluntarily to waiver her privilege against self-incrimination, or at a time when she is compelled to answer pursuant to court order.

AS SEPARATE AND AFFIRMATIVE DEFENSES,
Claimant, Susan Su, alleges as follows:

AFFIRMATIVE DEFENSE NO. 1:

The complaint fails to allege facts sufficient to constitute a claim.

AFFIRMATIVE DEFENSE NO. 2:

The complaint and each cause of action therein are uncertain.

Answer to Complaint
SU, Susan                          -2-

AFFIRMATIVE DEFENSE NO. 3:

Claimant is an innocent owner pursuant to 18 U.S.C. § 983 and all other applicable statutes.

REQUEST FOR JURY TRIAL

Puruant to Federal Rules of Civil Procedure, Rule 38, the Claimant demands a trial of 12 jurors.

WHEREFORE, answering Claimant, Susan Su, prays that:

1. Judgment be rendered in favor of Claimant, Susan Su and against Plaintiff; and
2. Plaintiff take nothing by the instant complaint; and
3. Claimant, Susan Su be awarded costs of suit incurred herein; and
4. Claimant, Susan Su be awarded such other and further relief as the Court may deem necessary and proper.

Dated: 1/31/11

Respectfully submitted,

David Billingsley

1
2
3
4
5
6
7
## VERIFICATION

I, Susan Su, declare:

I am the Claimant in the above-entitled action. I have read the foregoing Answer and know the contents thereof. The same is true of my own knowledge except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury the foregoing is true and correct.

Dated: 1/31/11

_____
Susan Su