David Billingsley, State Bar No. 179068
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
Tel: (510) 785-8400
Fax: (510) 670-0955
david@btbandb.com

Attorneys for Susan Su

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>(1) REAL PROPERTY LOCATED AT 405 Boulder Court, Suite 800, Pleasanton, California (APN 946-4547-297);<br>(2) REAL PROPERTY LOCATED AT 405 Boulder Court, Suite 700, Pleasanton, California (APN 946-4547-296);<br>(3) 1087 Murrieta Boulevard, #133, Livermore, California (APN 097-0085-132);<br>(4) 2890 Victoria Ridge Court, Pleasanton, California (APN 946-4580-018); AND<br>(5) 1371 Germano Way, Pleasanton, California (APN 950-29-18),<br><br>Defendants<br><br>SUSAN SU<br><br>Claimant | Case No.:   11-CV-0258<br><br>SUSAN SU'S VERIFIED CLAIM TO PROPERTY SEIZED FOR FORFEITURE |

TO: THE CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Susan Su claims the above-named properties.

In support of said claim, Susan Su alleges that she is the lawful owner of the above named properties which were seized by the United States Government.

CLAIM
SU, Susan

**VERIFICATION**

I, SUSAN SU, verify that I have read the foregoing Claim, and delcare under penalty of perjury penalty of perjury that the allegations therein are true and correct.

Executed this 3rd day of 1/11 at Pleasanton, California in the County of Alameda, Northern District of California.

_____
Susan Su

CLAIM
SU, Susan