MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6857
    Facsimile: (415) 436-7234
    email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

## UNITED STATES OF AMERICA
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 11-0258 EMC |
| Plaintiff, | |
| v. | |
| (1) REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 800, PLEASANTON, CALIFORNIA (APN 946-4547-297); (2) REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 700, PLEASANTON, CALIFORNIA (APN 946-4547-296); (3) 1087 MURRIETA BOULEVARD, #133, LIVERMORE, CALIFORNIA (APN 097-0085-132); (4) 2890 VICTORIA RIDGE COURT, PLEASANTON, CALIFORNIA (APN 946-4580-018); AND (5) 1371 GERMANO WAY, PLEASANTON, CALIFORNIA (APN 950-29-18), | DECLARATION OF PUBLICATION |
| Defendants. | |

1     Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov)
2 for at least 30 consecutive days, beginning on January 23, 2011, as required by Rule G(4)(a)(iv)(C) of
3 the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced
4 by Attachment 1.
5     I declare under penalty of perjury that the foregoing is true and correct.
6 Executed on March 3rd, 2011 at San Francisco, California.

*/s/ Carolyn Jusay*
CAROLYN JUSAY
Paralegal
Asset Forfeiture Unit

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# COURT CASE NUMBER: CV 11-0258 EMC; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

Real Property Located at 405 Boulder Ct., Suite 800, Pleasanton, CA (APN 946-4547-297). (11-ICE-000292)

Real Property Located at 405 Boulder Ct., Suite 700, Pleasanton, CA (APN 946-4547-296). (11-ICE-000293)

1087 Murrieta Blvd., #133, Livermore, CA (APN 097-0085-132). (11-ICE-000294)

2890 Victoria Ridge Ct., Pleasanton, CA (APN 946-4580-018). (11-ICE-000295)

1371 Germano Way, Pleasanton, CA (APN 950-29-18). (11-ICE-000296)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (January 23, 2011) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA  94102, and copies of each served upon Assistant United States Attorney Patricia J. Kenney, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA  94102, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 23, 2011 and February 21, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. RP located at 405 Boulder Court, Suite 800 Pleasanton, California, et al

**Court Case No:** CV 11-0258 EMC
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/23/2011 | 23.5 | Verified |
| 2 | 01/24/2011 | 24.0 | Verified |
| 3 | 01/25/2011 | 23.2 | Verified |
| 4 | 01/26/2011 | 21.7 | Verified |
| 5 | 01/27/2011 | 23.5 | Verified |
| 6 | 01/28/2011 | 24.0 | Verified |
| 7 | 01/29/2011 | 24.0 | Verified |
| 8 | 01/30/2011 | 24.0 | Verified |
| 9 | 01/31/2011 | 24.0 | Verified |
| 10 | 02/01/2011 | 23.9 | Verified |
| 11 | 02/02/2011 | 24.0 | Verified |
| 12 | 02/03/2011 | 24.0 | Verified |
| 13 | 02/04/2011 | 24.0 | Verified |
| 14 | 02/05/2011 | 24.0 | Verified |
| 15 | 02/06/2011 | 24.0 | Verified |
| 16 | 02/07/2011 | 24.0 | Verified |
| 17 | 02/08/2011 | 24.0 | Verified |
| 18 | 02/09/2011 | 24.0 | Verified |
| 19 | 02/10/2011 | 23.5 | Verified |
| 20 | 02/11/2011 | 24.0 | Verified |
| 21 | 02/12/2011 | 24.0 | Verified |
| 22 | 02/13/2011 | 24.0 | Verified |
| 23 | 02/14/2011 | 24.0 | Verified |
| 24 | 02/15/2011 | 23.9 | Verified |
| 25 | 02/16/2011 | 24.0 | Verified |
| 26 | 02/17/2011 | 24.0 | Verified |
| 27 | 02/18/2011 | 24.0 | Verified |
| 28 | 02/19/2011 | 24.0 | Verified |
| 29 | 02/20/2011 | 24.0 | Verified |
| 30 | 02/21/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.