MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.7234
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> (1) REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 800, PLEASANTON, CALIFORNIA (APN 946-4547-297); ) <br> (2) REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 700, PLEASANTON, CALIFORNIA (APN 946-4547-296); ) <br> (3) 1087 MURRIETA BOULEVARD, #133, LIVERMORE, CALIFORNIA (APN 097-0085-132); ) <br> (4) 2890 VICTORIA RIDGE COURT, PLEASANTON, CALIFORNIA (APN 946-4580-018); AND ) <br> (5) 1371 GERMANO WAY, PLEASANTON, CALIFORNIA (APN 950-29-18), ) <br><br> Defendants. ) | No. CV 11 - 0258 EMC <br><br> DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

//

//

1    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2    The undersigned party hereby declines to consent to the assignment of this case to a

3  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

4  this case to a United States District Judge.

5

6                                         Respectfully submitted,

7                                         MELINDA HAAG
                                          United States Attorney
8

9

10  Dated: March 14, 2011                  _____
                                          /S/
                                          PATRICIA J. KENNEY
11                                        Assistant United States Attorney
                                          Counsel for the United States, Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declination for Proceed to Magistrate Judge
CV 11 - 0258 EMC                     2