**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITES STATES OF AMERICA,
    Plaintiffs,
 v.
REAL PROPERTY LOCATED
AT 405 BOULDER COURT,
PLEASANTON, et al.,
    Defendants.
                                     /

No. C-11-258 SC

Clerk's Notice

    YOU ARE NOTIFIED THAT a **Case Management Conference** is scheduled for **May 27, 2011 at 10:00 A.M.** before the Honorable Samuel Conti. Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

    Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 15, 2011                               FOR THE COURT,

                                                         Richard W. Wieking, Clerk

                                                         By:  T. De Martini
                                                              Courtroom Deputy Clerk