MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA B. KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.7234
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CV-0258 SC |
| Plaintiff, | |
| v. | |
| (1) REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 800, PLEASANTON, CALIFORNIA (APN 946-4547-297); (2) REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 700, PLEASANTON, CALIFORNIA (APN 946-4547-296); (3) 1087 MURRIETA BOULEVARD, #133, LIVERMORE, CALIFORNIA (APN 097-0085-132); (4) 2890 VICTORIA RIDGE COURT, PLEASANTON, CALIFORNIA (APN 946-4580-018); AND (5) 1371 GERMANO WAY, PLEASANTON, CALIFORNIA (APN 950-29-18), | STIPULATION AND ORDER STAYING THE INSTANT ACTION PENDING RESOLUTION OF THE RELATED CRIMINAL CASE |
| Defendants. | |
| SUSAN SU, | |
| Claimant. | |

The United States and Susan Su, through their undersigned counsel, stipulate and agree, subject to the Court's approval, that the instant case be stayed pending resolution of the related criminal case pursuant to 18 U.S.C. § 981(g)(1) and (2). Section 981(g)(1) and (2) authorizes a district court to stay a civil forfeiture action if discovery would adversely affect the ability of the United States to conduct a related criminal case, or if proceeding with the civil forfeiture action would burden claimant's right against self-incrimination. The parties agree that this action should be stayed based on both subsections, 18 U.S.C. § 981(g)(1) and (2), for reasons that follow. Further the parties agree that the stay should be in effect until further order of this Court, and that the case management conference currently scheduled for May 27, 2011 be taken off calendar.

On April 28, 2011, the grand jury returned a thirty-three count indictment against claimant in this action Susan Xiao-Ping Su, charging her with violations of 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1341 (mail fraud), 18 U.S.C. § 371 (conspiracy to commit visa fraud), 18 U.S.C. § 1546(a) (visa fraud), 18 U.S.C. § 1001(a)(3) (use of a false document), 18 U.S.C. § 1001(a)(2) (false statement to a government agency), 8 U.S.C. § 1324(a)(1)(A) (alien harboring), 18 U.S.C. § 1030(a)(3) (unauthorized access to a government computer), 18 U.S.C. § 1957 (money laundering), 18 U.S.C. § 2 (aiding and abetting). In addition, the indictment includes four forfeiture allegations for forfeiture pursuant to 18 U.S.C. § 982(a)9(6)(A)(ii) (visa fraud forfeiture), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) (mail fraud, wire fraud and alien harboring forfeiture) and 18 U.S.C. § 982(a)(1) (money laundering forfeiture). *See* Indictment, No. 11-CR-00288 SBA, filed on April 28, 2011.

The forfeiture allegations in the Indictment seek criminal forfeiture , *inter alia*, of the same five parcels of real property which are defendants in this civil forfeiture action. Defendant Susan Su has already filed a claim and an answer challenging the forfeiture of the five defendant parcels of real property in this action. Because the actions arise out of the same nucleus of operative facts, the parties agree that this civil forfeiture action should be stayed until resolution of the criminal case

///

///

Stipulation and Order
Staying the Instant Case
No. 11-CV- 0258 SC                               2

1   and that the parties should be required to notify this Court within 30 days of the resolution of the

2   criminal case so that the stay can be lifted.

3

4   IT IS SO STIPULATED:                    MELINDA HAAG
                                            United States Attorney
5

6   Dated: May 11, 2011

                                            PATRICIA J. KENNEY
7                                           Assistant United States Attorney

8
                                            BONJOUR, THORMAN, BARAY & BILLINGSLEY
9

10  Dated: May 12, 2011

                                            DAVID BILLINGSLEY
11                                          Attorney for Claimant Susan Su

12

13

14  UPON CONSIDERATION OF THE FOREGOING STIPULATION, AND THE ENTIRE

15  RECORD, IT IS BY THE COURT ON THIS _____ DAY OF MAY, 2011 ORDERED THAT

16  THE INSTANT CASE BE AND HEREBY IS STAYED UNTIL FURTHER ORDER OF THIS

17  COURT AND THAT THE PARTIES SHALL NOTIFY THIS COURT WITHIN 30 DAYS OF THE

18  ENTRY OR A PLEA OR THE RETURN OF A JURY VERDICT IN THE RELATED CRIMINAL

19  CASE.

20

21                                          _____
                                            THE HONORABLE SAMUEL CONTI
22                                          United States District Judge

23

24

25

26

27

28
    Stipulation and Order
    Staying the Instant Case
    No. 11-CV- 0258 SC                3