1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4
   DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7303
7      FAX: (415) 436-7234
       Email: david.countryman@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 11-0258 SC |
| Plaintiff, | NOTICE OF ENTRY OF APPEARANCE AND NOTICE OF SUBSTITUTION |
| v. | |
| (1) REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 800, PLEASANTON, CALIFORNIA (APN 946-4547-297); | |
| (2) REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 700, PLEASANTON, CALIFORNIA (APN 946-4547-296); | |
| (3) 1087 MURRIETA BOULEVARD, #133, LIVERMORE, CALIFORNIA (APN 097-0085-132); | |
| (4) 2890 VICTORIA RIDGE COURT, PLEASANTON, CALIFORNIA (APN 946-4580-018); AND | |
| (5) 1371 GERMANO WAY, PLEASANTON, CALIFORNIA (APN 950 29 18), | |
| Defendants. | |

Entry of Appearance
CV 11-0258 SC

1 TO THE COURT AND DEFENDANTS AND COUNSEL:

2 PLEASE TAKE NOTICE THAT effective immediately, Assistant United States Attorney (AUSA) David B. Countryman will be entering an appearance on behalf of the United States in the above-captioned case.  Please include AUSA Countryman in all future correspondence, pleadings, and notices, in place and instead of AUSA Patricia J. Kenney.

AUSA Countryman's information is as follows:

>David B. Countryman
>Assistant United States Attorney
>450 Golden Gate Avenue, 11th Floor
>San Francisco, CA 94102
>Telephone: (415) 436-7303
>Facsimile: (415) 436-7234
>Email: david.countryman@usdoj.gov

Dated: February 6, 2014            Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/S/_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

Entry of Appearance
CV 11-0258 SC