MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-00258-SC |
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION TO STAY |
| v. | |
| REAL PROPERTY LOCATED AT 405 BOULDER COURT, SUITE 800, PLEASANTON, CALIFORNIA (APN 946-4547-297) ET AL | |
| Defendants. | |

    On November 6, 2014, the Court entered a criminal judgment against the claimant, Susan Su, which included forfeiture of all of the real property at issue in this civil forfeiture case. <u>United States v. Su</u>, CR 11-00288 JST, page 7. Because Ms. Su's criminal conviction is currently on appeal (United States v. Su, 14-10499), and no oral argument has been set, claimant Susan Su, and plaintiff United States of America (collectively the "parties"), hereby jointly request that the above referenced civil forfeiture case be stayed and "administratively closed" for purposes of the Civil Justice Reform Act reporting requirements pending the completion of the related criminal appeal.

///

JOINT STATUS REQUEST FOR ADMIN. CLOSURE
CASE NO. 11-00258-SC

The effect of an administrative closure is no different from a simple stay, except that it affects the count of active cases pending on the court's docket; i.e., administratively closed cases are not counted as active. See Lehman v. Revolution Portfolio LLC, 166 F.3d 389, 392 (1st Cir. 1999) ("This method is used in various districts throughout the nation in order to shelve pending, but dormant, cases.") In contrast, cases stayed, but not closed, are counted as active. This case still exists on the docket of the district court and may be reopened upon request of the parties or on the court's own motion. Mire v. Full Spectrum Lending Inc., 389 F.3d 163, 167 (5th Cir. 2004); see also 18 U.S.C. § 981(g); The Guide to Judiciary Policies & Procedures, Vol. 11, Chapter 14, Exhibit 1.

The parties submit that the record of this case provides facts sufficient to support administrative closure.

Dated: 7/27/15

_____
DAVID HARRIS BILLINGSLEY
Attorney for Susan Su

Dated: 7/27/15

_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

## [PROPOSED] ORDER TEMPORARILY ADMINISTRATIVELY CLOSING CASE

UPON CONSIDERATION of the parties stipulation, the entire record, and for good cause shown, it is by the Court on this ___28th___ day of _____July_____, 2015

ORDERED that the instant case be, and hereby is STAYED and ADMINISTRATIVELY CLOSED for purposes of the Civil Justice Reform Act reporting requirements, until the resolution of the criminal appeal;

IT IS FURTHER ORDERED this case still exists on the docket of the district court and may be reopened upon request of the United States, Susan Su, or on the court's own motion.

IT IS SO ORDERED this __28th__ day of ___July___ 2015.

_____
HONORABLE SAMUEL CONTI
United States District Judge

JOINT STATUS REQUEST FOR ADMIN. CLOSURE
CASE NO. 11-00258-SC